IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRIS WALTERS,

      Plaintiff,

v.                                                            No. CV 09-0811 BB/LAM

KEN LEWIS, CEO BANK OF AMERICA,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition* (*Doc. 11*), filed on October 15, 2009. No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.[1] The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition* (*Doc. 11*), deny Plaintiff's *Motion to Proceed in Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2)* because his *Complaint (Doc. 1)* is frivolous, grant Defendant's *Motion to Dismiss (Doc. 5)*, deny Plaintiff's *Motion to Strike; Motion for Summary Judgement; & Declaratory Judgement Against 3rd Party (Doc. 9)* and *Plaintiff's Motion to Amend Complaint (Doc. 10)*, and dismiss this case with prejudice.

---

[1] The Court notes that on October 13, 2009, Plaintiff filed a document which appears to be a letter to a United States Congressman. *See Document 12*. The Court does not construe this document as objections because it was filed before the *Proposed Findings and Recommended Disposition* was entered and does not contain objections to the Magistrate Judge's findings or recommendations.

**IT IS THEREFORE ORDERED** that:

1. The *Proposed Findings and Recommended Disposition* (*Doc. 11*) are **ADOPTED** by the Court.

2. Plaintiff's *Motion to Proceed in Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915 (Doc. 2)* is **DENIED** because his *Complaint (Doc. 1)* is frivolous;

3. Defendant's *Motion to Dismiss (Doc. 5)* is **GRANTED**;

4. Plaintiff's *Motion to Strike; Motion for Summary Judgement; & Declaratory Judgement Against 3rd Party (Doc. 9)* is **DENIED**;

5. *Plaintiff's Motion to Amend Complaint (Doc. 10)* is **DENIED**; and

6. This case be **DISMISSED WITH PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

*[signature: Bruce D Black]*

_____
**HONORABLE BRUCE D. BLACK**
**UNITED STATES DISTRICT JUDGE**